**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Brandon Donnell BRATCHER,**
**Defendant–Appellant.**

**No. 07–51112**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Brandon Donnell Bratcher presents an issue that he concedes is foreclosed. In *United States v. Phillips*, 382 F.3d 489, 499–500 (5th Cir.2004), we held that the

offense of possessing a controlled substance within a school zone under 21 U.S.C. § 860 is not subject to safety valve relief under 18 U.S.C. § 3553(f). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED. The motion for an extension of time in which to file a brief is DENIED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under